UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. CURRY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF MASSACHUSETTS, )<br>)<br>Respondent. ) | C.A. No. 04-12442-MEL |

## ORDER OF DISMISSAL

LASKER, S.J.

In accordance with the Memorandum and Order of Dismissal dated December 2, 2004 directing dismissal of the above captioned matter for the reasons stated therein, it is hereby ORDERED the above captioned matter is dismissed in its entirety and all pending motions shall be terminated from the docket.

By the Court,

/s/ George Howarth
George Howarth
Deputy Clerk

December 2, 2004