Dec. 3, 2004

To: Clerk's office
From: William J Curry, Id # W65351

Re: <u>Appeal From Decision By U.S. District Judge Morris E. Lasker</u>

Dear Clerk:

Please find enclosed, for the convience of this Court, a decision from US District Court. I am appealing the Judges decision to this Honorable Court. Would you <u>please send me and/or file</u>, the Appropriate forms in the Clerk's office, so that I may proceed futhur with my Appeals.

If, I have to file Appropriate fees, then please send me the Necessary forms in order to Facilate this process. <u>Please Note</u>, <u>my intentions to file</u> and <u>proceed with my Appeal to this Court</u>.

Thank You.
Sincerly
Inmate William J. Curry
Id # W65351.

Please Contact United States District Court, Clerk's office for all paperwork I sent to the Court.