## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12442

Willian J. Curry

v.

Commonwealth of Massachusetts

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/9/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 22, 2004.

Tony Anastas, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __12/23/04__

_Barchard_
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12442-MEL

Curry v. Commonwealth of Massachusetts
Assigned to: Judge Morris E. Lasker
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/05/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
-------------------------

**William J. Curry**                represented by **William J. Curry**
                                                    Old Colony Correctional Center
                                                    One Administration Rd.
                                                    Bridgewater, MA 02324
                                                    PRO SE

V.

**Respondent**
-------------------------

**Commonwealth of Massachusetts**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2004 |  | Documents received without payment of the filing fee or submission of an application to waive the |

| | | |
|---|---|---|
| | | filing fee (Jenness, Susan) (Entered: 11/18/2004) |
| 11/05/2004 | 1 | STATE COURT Record filed by petitioner. (Jenness, Susan) (Entered: 11/18/2004) |
| 11/05/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 11/18/2004) |
| 12/02/2004 | 2 | Judge Morris E. Lasker : MEMORANDUM AND ORDER entered: for the reasons set forth in the Memorandum and Order, Curry's motions for appointment of counsel, for evidentiary hearing, and for new trial are denied and Curry's habeas petition is dismissed in its entirety. (Greenberg, Rebecca) (Entered: 12/02/2004) |
| 12/02/2004 | 3 | Judge Morris E. Lasker : ORDER OF DISMISSAL OF CASE entered.(Greenberg, Rebecca) (Entered: 12/02/2004) |
| 12/09/2004 | 4 | NOTICE OF APPEAL as to 2 Memorandum & ORDER, by William J. Curry. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/29/2004. Notice of Appeal received from the Appeal's Court on December 20, 2004.(Howarth, George) (Entered: 12/21/2004) |