# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. **04-12442 MEL**
Appeal No. **04-2731**

**William J. Curry**

v.

**Commonwealth of Massachusetts**

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: *William J. Curry*

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: **January 6, 2005**

**My issues on appeal are:**

SEE Legal Paper Work on Docket No. 04-12442 filed in US District Court. There are (12) Twelve Issues on this Appeal.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $60.00 | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ N/A | $ _____ | $ _____ | $ _____ |
| Alimony | $ N/A | $ _____ | $ _____ | $ _____ |
| Child support | $ N/A | $ _____ | $ _____ | $ _____ |
| Retirement (such as social security, pensions, annuities, insurance | $ N/A | $ _____ | $ _____ | $ _____ |
| Disability (such as social security, insurance payments) | $ N/A | $ _____ | $ _____ | $ _____ |
| Unemployment payments | $ N/A | $ _____ | $ _____ | $ _____ |
| Public-assistance (such as welfare) | $ N/A | $ _____ | $ _____ | $ _____ |
| Other (specify): N/A | $ N/A | $ _____ | $ _____ | $ _____ |
| Total Monthly income: | $ 60.00 | $ _____ | $ _____ | $ _____ |

**2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Old Colony Correctional Center | 1 Administration road Bridgewater, MA | 6/04 to present | $60.00 |

**3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

2

4. *How much cash do you and your spouse have?* $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A<br>Model: N/A<br>Registration#: |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year:<br>Model: N/A<br>Registration#: | N/A | N/A |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ N/A |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
|    Homeowner's or renter's | $ | $ |
|    Life | $ | $ |
|    Health | $ | $ N/A |
|    Motor Vehicle | $ | $ |
|    Other: | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ | $ |
| Installment payments | $ | $ |
|    Motor Vehicle | $ | $ |
|    Credit card (name): | $ | $ N/A |
|    Department store (name): | $ | $ |
|    Other: | $ | $ |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $_____ N/A | $_____ N/A |
| Other (specify): ____N/A____ | $_____ | $_____ |
| **Total monthly expenses:** | $_____ | $_____ |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No                    If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $___N/A___

If yes, state the attorney's name, address, and telephone number:

_____N/A_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☒ No

If yes, how much? $___N/A___

If yes, state the person's name, address, and telephone number:

_____N/A_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

1.) I am not working on a permanent basis
2.) I have asked the court to appoint me an Attorney.
3.) I have submitted a financial report from OCC, indicating my source of income.
4.) During the Trial, my Appeal, I was appointed Counsel. Currently, I am pursuing this Appeal on a pro-se basis.

5

13. State the address of your legal residence.
Old Colony Correctional Center
1 Administration road, Bridgewater, MASS 02324

Your daytime phone number: ( 508 ) ?

Your age: 34        Your years of schooling: H.S Dipl. ~~[redacted]~~ Community College Bunker Hill (in 1995) Did not finish College

Attended Bunker Hill Community College in Charlestown, MA in the fall of 1995.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20041228 12:37

Commit# : W65351

Name : CURRY, WILLIAM, ,

Inst : OLD COLONY CORRECTIONAL CENTER

Block : ATTUCKS II

Cell/Bed : G22 /T

OLD COLONY CORRECTIONAL CENTER

Statement From  20040601

To  20041228

Page : 1

June of 2004 to Dec 2004

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $632.15 | $622.88 | $0.00 | $0.00 |
| 20040601 22:30 | CN - Canteen | 2879023 | | OCC | ~Canteen Date : 20040601 | $0.00 | $8.94 | $0.00 | $0.00 |
| 20040609 09:38 | ML - Mail | 2915370 | | STH | ~SARAH CURRY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040609 09:38 | TI - Transfer from Institution | 2915371 | | STH | ~Associate Receipt Number is 2915370 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20040609 09:38 | TI - Transfer from Institution | 2915372 | | OCC | ~Associate Receipt Number is 2915370 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2926635 | | OCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040622 22:30 | CN - Canteen | 2988242 | | OCC | ~Canteen Date : 20040622 | $0.00 | $3.16 | $0.00 | $0.00 |
| 20040629 22:30 | CN - Canteen | 3015735 | | OCC | ~Canteen Date : 20040629 | $0.00 | $6.57 | $0.00 | $0.00 |
| 20040706 22:30 | CN - Canteen | 3041523 | | OCC | ~Canteen Date : 20040706 | $0.00 | $6.04 | $0.00 | $0.00 |
| 20040707 23:01 | PY - Payroll | 3051095 | | OCC | ~20040620 To 20040626 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3074626 | | OCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040713 22:30 | CN - Canteen | 3087547 | | OCC | ~Canteen Date : 20040713 | $0.00 | $3.94 | $0.00 | $0.00 |
| 20040714 23:01 | PY - Payroll | 3095860 | | OCC | ~20040627 To 20040703 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040721 23:02 | PY - Payroll | 3127921 | | OCC | ~20040704 To 20040710 | $13.50 | $0.00 | $0.00 | $0.00 |
| 20040728 23:03 | PY - Payroll | 3155891 | | OCC | ~20040711 To 20040717 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040804 22:30 | CN - Canteen | 3179368 | | OCC | ~Canteen Date : 20040803 | $0.00 | $25.83 | $0.00 | $0.00 |
| 20040804 23:03 | PY - Payroll | 3184387 | | OCC | ~20040718 To 20040724 | $13.50 | $0.00 | $0.00 | $0.00 |
| 20040810 22:30 | CN - Canteen | 3201983 | | OCC | ~Canteen Date : 20040810 | $0.00 | $4.18 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3208668 | | OCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040811 23:02 | PY - Payroll | 3228196 | | OCC | ~20040725 To 20040731 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040817 22:30 | CN - Canteen | 3246395 | | OCC | ~Canteen Date : 20040817 | $0.00 | $11.08 | $0.00 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3256975 | | OCC | ~20040801 To 20040807 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040824 22:30 | CN - Canteen | 3276069 | | OCC | ~Canteen Date : 20040824 | $0.00 | $14.04 | $0.00 | $0.00 |
| 20040825 11:03 | EX - External Disbursement | 3277338 | 93823 | OCC | ~T.V. GUIDE | $0.00 | $13.00 | $0.00 | $0.00 |
| 20040825 23:02 | PY - Payroll | 3285404 | | OCC | ~20040808 To 20040814 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040831 22:30 | CN - Canteen | 3303386 | | OCC | ~Canteen Date : 20040831 | $0.00 | $16.95 | $0.00 | $0.00 |
| 20040901 23:03 | PY - Payroll | 3313548 | | OCC | ~20040815 To 20040821 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040907 22:30 | CN - Canteen | 3327880 | | OCC | ~Canteen Date : 20040907 | $0.00 | $5.50 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334879 | | OCC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040908 23:03 | PY - Payroll | 3354736 | | OCC | ~20040822 To 20040828 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040914 22:30 | CN - Canteen | 3373638 | | OCC | ~Canteen Date : 20040914 | $0.00 | $20.66 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20041228 12:37

| | | | | | | Page : 3 |
|---|---|---|---|---|---|---|
| Commit# : | W65351 | | | OLD COLONY CORRECTIONAL CENTER | | |
| Name : | CURRY, WILLIAM, , | | | Statement From | 20040601 | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20041228 | |
| Block : | ATTUCKS II | | | | | |
| Cell/Bed : | G22 /T | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041206 08:10 | TI - Transfer from Institution | 3766760 | | STH | ~Associate Receipt Number is 3766757 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20041206 08:10 | TI - Transfer from Institution | 3766761 | | OCC | ~Associate Receipt Number is 3766757 | $19.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3779034 | | OCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20041207 22:30 | CN - Canteen | 3794323 | | OCC | ~Canteen Date : 20041207 | $0.00 | $6.34 | $0.00 | $0.00 |
| 20041208 12:28 | EX - External Disbursement | 3796820 | 96205 | OCC | ~BRIDGEWATER NEWS | $0.00 | $2.50 | $0.00 | $0.00 |
| 20041208 23:06 | PY - Payroll | 3804229 | | OCC | ~20041121 To 20041127 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3822303 | | OCC | ~Canteen Date : 20041213 | $0.00 | $26.66 | $0.00 | $0.00 |
| 20041215 11:46 | EX - External Disbursement | 3831265 | 96364 | OCC | ~BRIDGEWATER NEWS | $0.00 | $2.50 | $0.00 | $0.00 |
| 20041215 23:04 | PY - Payroll | 3838788 | | OCC | ~20041128 To 20041204 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041221 22:30 | CN - Canteen | 3864009 | | OCC | ~Canteen Date : 20041221 | $0.00 | $7.35 | $0.00 | $0.00 |
| 20041222 23:04 | PY - Payroll | 3875569 | | OCC | ~20041205 To 20041211 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041224 13:04 | EX - External Disbursement | 3886811 | 96563 | OCC | ~BRIDGEWATER NEWS | $0.00 | $2.50 | $0.00 | $0.00 |
| | | | | | | $459.87 | $409.22 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $59.92 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $59.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20041228 12:37

| | | | | |
|---|---|---|---|---|
| Commit# : | W65351 | **OLD COLONY CORRECTIONAL CENTER** | | Page : 2 |
| Name : | CURRY, WILLIAM, , | Statement From | 20040601 | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | To | 20041228 | |
| Block : | ATTUCKS II | | | |
| Cell/Bed : | G22 /T | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20040915 23:02 | PY - Payroll | 3384508 | | OCC | ~20040829 To 20040904 | $13.50 | $0.00 | $0.00 | $0.00 |
| 20040921 08:42 | ML - Mail | 3399837 | | STH | ~SARAH CURRY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040921 08:42 | TI - Transfer from Institution | 3399838 | | STH | ~Associate Receipt Number is 3399837 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20040921 08:42 | TI - Transfer from Institution | 3399839 | | OCC | ~Associate Receipt Number is 3399837 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040922 23:03 | PY - Payroll | 3413014 | | OCC | ~20040905 To 20040911 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040928 22:30 | CN - Canteen | 3430987 | | OCC | ~Canteen Date : 20040928 | $0.00 | $4.72 | $0.00 | $0.00 |
| 20040929 23:03 | PY - Payroll | 3440109 | | OCC | ~20040912 To 20040918 | $13.50 | $0.00 | $0.00 | $0.00 |
| 20041001 11:31 | IC - Transfer from Inmate to Club A/c | 3447852 | | OCC | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20041004 22:30 | CN - Canteen | 3453133 | | OCC | ~Canteen Date : 20041004 | $0.00 | $43.26 | $0.00 | $0.00 |
| 20041006 23:04 | PY - Payroll | 3471068 | | OCC | ~20040919 To 20040925 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500167 | | OCC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20041013 23:02 | PY - Payroll | 3518309 | | OCC | ~20040926 To 20041002 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041019 22:30 | CN - Canteen | 3541836 | | OCC | ~Canteen Date : 20041019 | $0.00 | $8.77 | $0.00 | $0.00 |
| 20041020 23:02 | PY - Payroll | 3550669 | | OCC | ~20041003 To 20041009 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20041025 22:30 | CN - Canteen | 3565149 | | OCC | ~Canteen Date : 20041025 | $0.00 | $10.85 | $0.00 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3580415 | | OCC | ~20041010 To 20041016 | $13.50 | $0.00 | $0.00 | $0.00 |
| 20041102 22:30 | CN - Canteen | 3601272 | | OCC | ~Canteen Date : 20041102 | $0.00 | $10.02 | $0.00 | $0.00 |
| 20041103 12:46 | IC - Transfer from Inmate to Club A/c | 3606080 | | OCC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $15.38 | $0.00 | $0.00 |
| 20041103 14:32 | IC - Transfer from Inmate to Club A/c | 3606525 | | OCC | ~APPLIANCE~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $17.00 | $0.00 | $0.00 |
| 20041103 23:03 | PY - Payroll | 3613410 | | OCC | ~20041017 To 20041023 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041108 22:30 | CN - Canteen | 3634064 | | OCC | ~Canteen Date : 20041108 | $0.00 | $9.97 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645923 | | OCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20041110 23:05 | PY - Payroll | 3664126 | | OCC | ~20041024 To 20041030 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041115 22:30 | CN - Canteen | 3678448 | | OCC | ~Canteen Date : 20041115 | $0.00 | $13.17 | $0.00 | $0.00 |
| 20041117 23:03 | PY - Payroll | 3693747 | | OCC | ~20041031 To 20041106 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041124 23:03 | PY - Payroll | 3727639 | | OCC | ~20041107 To 20041113 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041130 22:30 | CN - Canteen | 3742568 | | OCC | ~Canteen Date : 20041130 | $0.00 | $26.84 | $0.00 | $0.00 |
| 20041201 23:04 | PY - Payroll | 3753488 | | OCC | ~20041114 To 20041120 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041206 08:10 | ML - Mail | 3766757 | | STH | ~SARAH CURRY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041206 08:10 | MA - Maintenance and Administration | 3766758 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |