UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM J. CURRY<br>Petitioner,<br><br>v.<br><br>COMMONWEALTH OF<br>MASSACHUSETTS<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

04-CV-12442-MEL

<u>ORDER</u>

LASKER, D.J.

      Petitioner's request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) must be DENIED.  Regrettably, Petitioner has not made a "substantial showing of the denial of a constitutional right", thereby failing to justify the issuance of certificate of appealability for this matter.  28 U.S.C. § 2253(c)(2).

      It is so ordered.

Dated:    January 19, 2005
         Boston, Massachusetts    /s/ Morris E. Lasker
                                  U.S.D.J.