**MANDATE**

04-12442
USDC/MA
Judge Lasker

# United States Court of Appeals
## For the First Circuit

---

No. 04-2731

WILLIAM J. CURRY,

Petitioner, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS,

Respondent, Appellee.

---

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

---

JUDGMENT

Entered: March 21, 2005

    As the district court correctly determined, petitioner's motion is in essence a successive habeas petition. Hence, absent prior authorization from this court, the district court was required to dismiss the petition for lack of jurisdiction. 28 U.S.C. § 2244(b)(3)(A). Therefore, for the reasons given by the district court in its memorandum and order, dated December 2, 2004, the petition for a certificate of appealability is <u>denied</u> and this appeal is <u>terminated</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*/s/ Susan Pedracini*
Deputy Clerk

Date: 4-11-05

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[cc: William J. Curry, Thomas F. Reilly, Esq. and Cathryn A. Neaves, Esq.]